appellant. C. E. Thorn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHLESINGER, Appellant, v. BELL et al., Respondents. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Leo Schlesinger, as receiver, against James M. Bell and others. Mr. Glaze, for appellant. No opinion. Order affirmed, with $10 costs and disbursements.

SCHLESINGER v. KEATING. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Leo Schlesinger against Hugh Keating. No opinion. Motion denied, on payment of $10 costs.

SCHLESINGER v. WISE. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Leo Schlesinger against Benjamin S. Wise. No opinion. Appeal dismissed, with $10 costs.

SCHLESINGER v. WISE et al. (Supreme Court, Appellate Division, First Department. June 16, 1905.) Action by Leo Schlesinger against Benjamin S. Wise and another. No opinion. Appeal dismissed, with $10 costs.

SCHNEIDER, Respondent, v. SCHNEIDER, Appellant. (Supreme Court, Appellate Division, First Department. June 9, 1905.) Action by John Schneider against Elizabeth M. Schneider. A. E. Sander, for appellant. H. A. Heydt, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

SCHWALBE, Respondent, v. SCHWALBE, Appellant. (Supreme Court, Appellate Division, First Department. June 23, 1905.) Action by Rebecca Schwalbe against Morris Schwalbe. M. Feltenstein, for appellant. A. H. Sarasohn, for respondent. No opinion. Judgment affirmed, with costs.

SCHWAMAN, Appellant, v. TRUAX et al., Respondents. (Supreme Court, Appellate Division, Third Department. May 23, 1905.) Action by Florence B. Schwaman against Edgar I. Truax and Bertha E. De Land. No opinion. Order affirmed, with $10 costs and disbursements. See 78 N. Y. Supp. 374.

SCOTT, Respondent, v. SPENCER et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 29, 1905.) Action by Alexander J. Scott, as administrator, etc., of Joseph J. Scott, deceased, against Nina Spencer and Alvan R. Johnson, impleaded with others.

PER CURIAM. Interlocutory judgment affirmed, with costs.

HOOKER, J., not voting.

SERVISS, Respondent, v. INTERNATIONAL PAPER CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 17, 1905.) Action by Jacob Serviss against the International Paper Company.

PER CURIAM. Judgment and order affirmed, with costs.

STOVER, J., not voting.

SIVER, Respondent, v. SNYDER. Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by James H. Siver against William Snyder.

PER CURIAM. Judgment affirmed, with costs.

CHASE, J., dissents.

In re SINGER'S ESTATE. (Supreme Court, Appellate Division, First Department. June 9, 1905.) In the matter of Isaac A. Singer, deceased. No opinion. Order affirmed, without costs.

SMYTH, Respondent, v. LIPPE et al., Appellants. (Supreme Court, Appellate Term. June 26, 1905.) Appeal from City Court of New York, Special Term. Action by Neptune B. Smyth against Herman F. Lippe and another. From an order of the City Court, defendants appeal. Affirmed. O'Brien & Lippe, for appellants. Moen & Kilbreth, for respondent.

PER CURIAM. The notice of motion states specifically that the order vacating is desired "on the ground that it appears upon the face of said order that the justice had no jurisdiction to grant the same." It may be that the justice had not jurisdiction to grant the order. but that he had not does not appear upon the face of the order. As the third party does not appear to object to the jurisdiction. and it does appear that the justice required notice of the proceedings to be given to the judgment debtor, no inquiry beyond that necessitated by the ground of the motion has been made. Order affirmed, with $10 costs and disbursements.

SNYDER, Respondent, v. SNYDER, Appellant. (Supreme Court, Appellate Division, Third Department. June 29, 1905.) Action by Joseph Snyder against Charles M. Snyder. No opinion. Judgment and order affirmed, with costs.

SPINELLA, Respondent, v. NEW YORK CITY RY. CO., Appellant. (Supreme Court, Appellate Term. June 26, 1905.) Appeal from Municipal Court, Borough of Manhattan, Fourth District. Action by Pietro Spinella against the New York City Railway Company. From a judgment for plaintiff, defendant appeals. Reversed conditionally. William E. Weaver, for appellant. Rosario Maggio, for respondent.

PER CURIAM. Judgment reversed, and new trial granted, with costs to appellant to abide the event, unless the plaintiff stipulates